# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Noelia Donamaria
                              Plaintiff,

v.                                                     Case No.: 1:24−cv−09107
                                                                 Honorable Sara L. Ellis

Kovitz Shifrin Nesbit
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 15, 2025:

      MINUTE entry before the Honorable Sara L. Ellis: Pursuant to the parties' stipulation of dismissal [37], the Court dismisses this matter with prejudice and with each party to bear its own costs and fees, as to the individual claims. The Court dismisses the claims of the putative class without prejudice. Civil case terminated. Emailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.